# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TIMOTHY RAY SADLER,

    Plaintiff,

v.                                 CASE NO. 4:19cv447-MCR-HTC

STATE OF FLORIDA,
FDOC ADMINISTRATORS,
RODERICK A BETTS,
CO MOSS,
SGT MOORE,
FAC,
WARDEN,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 11, 2019. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1. I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(g) and 1915(e)(2)(B).

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of November 2019.

                    s/ *M. Casey Rodgers*
               **M. CASEY RODGERS**
               **UNITED STATES DISTRICT JUDGE**